IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAUL I. CALDERON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3022 |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE W. BUSH, et al. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendants. | ) | |

This matter is before the court on Plaintiff Raul Calderon's Motion to Dismiss. (Filing No. 22.) In his motion, Plaintiff moves the court to dismiss this action per Plaintiff's request because this case is no longer valid. (*Id*. at CM/ECF p. 1.) The Motion is granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint and this action are dismissed without prejudice.

2. A separate judgment will be entered.

May 19, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge